**Order entered January 4. 2021**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00851-CR

**DESMOND RENARD FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-00024-Y**

## ORDER

Before the Court is appellant's December 29, 2020 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 27, 2021.

/s/     CORY L. CARLYLE
JUSTICE